UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYRELL WAYNE JONES, | No. 1:19-cv-00396-DAD-JDP |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| C. PFEIFFER, et al., | (Doc. No. 20) |
| Defendants. | |

Plaintiff Dyrell Wayne Jones is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 27, 2019, the assigned magistrate judge screened plaintiff's first amended complaint and found that he had stated the following cognizable claims against defendants Walinga and Pitchford: (1) Free Exercise claims, (2) claims brought under the Religious Land Use and Institutionalized Persons Act ("RLUIPA"), and (3) Equal Protection claims. (Doc. No. 18.) The magistrate judge also found that plaintiff's first amended complaint failed to state any other cognizable claim against any other defendant. (*Id.* at 7.) Plaintiff was granted leave to file a second amended complaint, notify the court of his willingness to proceed only on the claims found to be cognizable in the screening order, or stand on his first amended complaint subject to dismissal of claims and defendants. (*Id.* at 8–9.) On July 12, 2019, plaintiff notified the court of

his willingness to proceed only on the claims found to be cognizable by the magistrate judge in the screening order. (Doc. No. 19.)

Consequently, on August 2, 2019, the assigned magistrate judge issued findings and recommendations, recommending that this action proceed on plaintiff's Free Exercise, RLUIPA, and Equal Protection claims against defendants Walinga and Pitchford. (Doc. No. 20.) The magistrate judge recommended that all other claims and defendants be dismissed. (*Id.* at 2.) The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days after service. (*Id.*) No objections have been filed and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on August 2, 2019 (Doc. No. 20) are adopted in full;
2. This action shall proceed on plaintiff's Free Exercise, RLUIPA, and Equal Protection claims against defendants Walinga and Pitchford;
3. All other claims and defendants are dismissed for failure to state cognizable claims for relief; and
4. This action is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: **January 16, 2020**

UNITED STATES DISTRICT JUDGE