UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYRELL WAYNE JONES, | Case No. 1:19-cv-00396-DAD-JDP |
| Plaintiff, | ORDER VACATING THE SETTLEMENT CONFERENCE, LIFTING THE STAY, AND WITHDRAWING THE WRIT |
| v. | |
| C. PFEIFFER, *et al*., | ECF Nos. 27 and 30 |
| Defendants. | ORDER REQUIRING THE DEFENDANTS ANSWER THE COMPLAINT WITHIN THIRTY DAYS OF THIS ORDER |

Plaintiff Dyrell Wayne Jones is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. On October 18, 2019, the court referred this case for post-screening Alternative Dispute Resolution and set a settlement conference date of January 30, 2020. ECF No. 27. On January 21, 2020, the court was informed that a serious medical issue will prevent plaintiff from attending the conference.

The order setting the case for conference, ECF No. 27, is hereby vacated, and the stay is lifted. The writ for plaintiff to testify, ECF No. 30, is hereby withdrawn.

At the request of the parties, the court may schedule a new settlement conference at a future date. However, the court believes that the interest of efficient justice is best served by having the case proceed. Within thirty days of the date of this order, defendants shall answer

plaintiff's complaint. The court will issue a new scheduling order once the complaint is answered.

IT IS SO ORDERED.

Dated: January 22, 2020

_____
UNITED STATES MAGISTRATE JUDGE

No. 205.