| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | |
| DYRELL WAYNE JONES,<br><br>    Plaintiff,<br><br>v.<br><br>C. PFEIFFER, *et al.*,<br><br>    Defendants. | Case No. 1:19-cv-00396-DAD-JDP<br><br>ORDER DENYING PLAINTIFF'S RENEWED REQUEST FOR COUNSEL<br><br>ECF No. 33<br><br>ORDER REQUIRING THAT DEFENDANTS INDICATE, WITHIN FOURTEEN (14) DAYS, WHETHER THEY WISH TO SCHEDULE A NEW SETTLEMENT CONFERENCE |

    For the reasons stated in the court's previous order on the subject, *see* ECF No. 25, plaintiff's renewed motion for the appointment of counsel, ECF No. 33, is denied without prejudice. The court will reconsider such a motion only if there is a change in the status of the case—if, for instance, plaintiff appears more likely to prevail on the merits, or if the case appears substantially more complex.

    Plaintiff's recent filing, ECF No. 33, also requests that the court reschedule the cancelled settlement conference. The court is reluctant to stay proceedings once more, but will work to schedule a new conference if all parties wish to do so. Within fourteen days of this order, therefore, defendants are ordered to file a short notice indicating whether or not they wish to

obtain a new settlement conference date.

IT IS SO ORDERED.

Dated: February 13, 2020

_____
UNITED STATES MAGISTRATE JUDGE

No. 205.