UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYRELL WAYNE JONES,<br><br>            Plaintiff,<br><br>      v.<br><br>C. PFEIFFER, *et al.*,<br><br>            Defendants. | No.  1:19-cv-00396-DAD-JDP<br><br>ORDER DENYING PLAINTIFF'S MOTION TO COMPEL WITHOUT PREJUDICE<br><br>ECF No. 43 |

Plaintiff Dyrell Wayne Jones is a state prisoner proceeding with counsel in this civil rights action brought under 42 U.S.C. § 1983.  On July 9, 2020, plaintiff filed a motion to compel.  ECF No. 43.  This motion does not appear to have been filed in accordance with the relevant courtroom procedures, although the court understands that plaintiff may have had difficulty accessing such procedures.  (Plaintiff should see the attached document, also available at caed.uscourts.gov.)  The court therefore denies the motion without prejudice.  The court may reconsider such a motion at a later date, if the issue remains relevant after the attached procedures have been followed, including a meeting between the parties and "a good faith effort to resolve the dispute without court action."

IT IS SO ORDERED.

Dated: ____July 13, 2020____            _____
                                            UNITED STATES MAGISTRATE JUDGE

No. 205.