UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYRELL WAYNE JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>M. PITCHFORD, *et al*.,<br><br>    Defendants. | Case No. 1:19-cv-00396-DAD-JDP<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR MISCELLANEOUS RELIEF<br><br>ECF No. 46<br><br>ORDER THAT DEFENDANTS RESPOND TO PLAINTIFF'S MOTION TO EXTEND DISCOVERY WITHIN FOURTEEN DAYS<br><br>ECF No. 45<br><br>ORDER THAT THE CLERK'S OFFICE SEND A COPY OF THIS ORDER TO THE LITIGATION COORDINATOR AT SALINAS VALLEY STATE PRISON |

     Plaintiff's motion for additional prison phone calls, ECF No. 46, is denied. This court generally does not have the power to enforce such requests against non-parties. However, the court will order that a copy of this document be sent to the litigation coordinator at plaintiff's facility. The court does hope that the litigation coordination may be able to help plaintiff with additional resources needed in this case, including (potentially) phone calls.

     Plaintiff has also moved for a 90-day discovery extension. ECF No. 45. While the court is open to the possibility of extending discovery, it would be useful to know whether defendants

object to such an extension. Within fourteen days, the court asks that defendants file a response to plaintiff's motion.

IT IS SO ORDERED.

Dated:    September 11, 2020          /s/ Jeremy Peterson      
                                              UNITED STATES MAGISTRATE JUDGE

No. 205.