IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYRELL WAYNE JONES,<br><br>                      Plaintiff,<br><br>    v.<br><br>C. PFEIFFER, et al.,<br><br>                      Defendants. | Case No. 1:19-cv-00396 DAD HBK (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>Doc. No. 56. |

      Pending before the court is defendants' motion to modify the discovery and scheduling order. (Doc. No. 56). Defendants seek an enlargement of time by sixty days to file a dispositive motion in the matter. (*Id*).

      Fed. R. Civ. P. 6(b) provides for extending deadlines for good cause shown, if the request to extend time is made before the original time, or its extension expires; or, if the party failed to act because of excusable neglect if the motion is made after the time has expired,. Additionally, Fed. R. Civ. P. 16(b)(4) permits a court to modify a scheduling order for good cause shown and with the judge's consent.  The court notes that various discovery motions remain pending for the court's review and consideration. (Doc. Nos. 50, 52). Defendants filed their motion before the prior extension of time had expired and have established good cause to extend the dispositive deadline.

1 | ACCORDINGLY, it is **ORDERED**:

2 | 1. Defendants' Motion to Modify the Discovery and Scheduling Order (Doc No. 56) is GRANTED.

2. Defendants' dispositive deadline is extended for sixty (60) days following the court's ruling on the pending discovery motions.

IT IS SO ORDERED.

Dated:  March 29, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE