UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYRELL WAYNE JONES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. WALINGA, et al.,<br><br>　　　　　Defendant. | No. 1:19-cv-00396-DAD-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 64) |

　　　　Plaintiff Dyrell Wayne Jones is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

　　　　On June 28, 2021, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for a temporary restraining order or the appointment of a private investigator be denied.  (Doc. No. 64.)  Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days from the date of service.  (*Id.* at 5.)  To date, no objections have been filed, and the time in which to do so has now passed.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly,

1. The findings and recommendations issued on June 28, 2021 (Doc. No. 64) are adopted in full;

2. Plaintiff's motion for a temporary restraining order or the appointment of private investigator (Doc. No. 58) is denied.

IT IS SO ORDERED.

Dated: __August 18, 2021__            /s/ Dale A. Drozd
                                                                       UNITED STATES DISTRICT JUDGE