1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11    DYRELL WAYNE JONES,                    Case No.  1:19-cv-00396-ADA-HBK
12                   Plaintiff,              ORDER ADOPTING FINDINGS AND
                                             RECOMMENDATIONS
13          v.
                                             (Doc. No. 83)
14    J. WALINGA, ET. AL.
15                   Defendants.
16

17         Plaintiff Dyrell Wayne Jones initiated this action proceeding *pro se* by filing a prisoner

18   civil rights complaint under 42 U.S.C. § 1983.  (Doc. No. 1.)  Pursuant to the parties' stipulation

19   for voluntary dismissal with prejudice, the Court issued a minute order directing the Clerk to

20   close this case on September 10, 2021.  (Doc. Nos. 78, 79.)   Now pending before the Court was

21   Plaintiff's motion to enforce the settlement agreement, filed February 2, 2022. (Doc. No. 80.)

22   The matter was referred to the assigned United States Magistrate Judge pursuant to 28 U.S.C. §

23   636(b)(1)(B) and Local Rule 302.

24         On April 25, 2022, the magistrate judge issued a Findings and Recommendations

25   recommending the district court deny Plaintiff's motion.  (Doc. No. 83.)  The Findings and

26   Recommendations served on Plaintiff contained notice that objections to the Findings and

27   Recommendations were due within fourteen days.  (*Id.* at 1, 3.)  Plaintiff did not file any

28   objections.  (*See* docket.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

ACCORDINGLY, it is ORDERED:

1. The Findings and Recommendations issued on April 25, 2022 is adopted in full.

2. Plaintiff's motion to enforce the settlement agreement is denied.

IT IS SO ORDERED.

Dated:   September 15, 2022

_____
UNITED STATES DISTRICT JUDGE

2